## SECOND DISTRICT.

---

The People of the State of Illinois ex rel. City of Sterling, appellee, v. County of Whiteside et al., appellants. Gen. No. 6,541.

Petition for mandamus to compel defendant county to appropriate money to pay one-half of cost of bridge over Rock River. Judgment for plaintiff. Appeal from the Circuit Court of Whiteside county; the Hon. James S. Baume, Judge, presiding. Heard in this court at the April term, 1918. Affirmed. Opinion filed July 25,

1918. Rehearing denied October 9, 1918. *Certiorari* denied by Supreme Court (making opinion final).

J. J. Ludens, for appellants. Philip H. Ward, for appellee; Henry C. Ward, of counsel.

Mr. Presiding Justice Dibell delivered the opinion of the court.